Just as the Fifth Amendment to the United States Constitution
provides that no person shall "be subject for the same offense to be twice put in jeopardy of life or limb," Article I, § 9, of the Constitution of Alabama of 1901, provides:
 "That no person shall, for the same offense, be twice put in jeopardy of life or limb; but courts may, for reasons fixed by law, discharge juries from the consideration of any case, and no person shall gain an advantage by reason of such discharge of the jury."
Do these constitutional provisions require in every criminal case in which a mistrial has been entered and the defendant timely petitions for a writ of mandamus, that the appellate court review the reason for the mistrial, before the defendant can be brought to trial again for the same offense? I think not.